Morris S. Greenbaum, Respondent, *v.* Baywood Homes, Inc., Appellant, et al., Defendants.

Submitted September 29, 1947; decided October 2, 1947.

*Charles Snow* · opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, without prejudice to a renewal thereof if and when a judgment has been entered upon the order of the Appellate Division and all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed with the Clerk.